JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SUSAN LIVSHIN,                              ) CASE NO. 2:12-CV-09910-ODW-MAN
                                            )
                        Plaintiff,          )
                                            ) **ORDER OF DISMISSAL**
          vs.                               )
                                            )
MRS BPO, LLC                                )
                                            )
                        Defendant.          )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )

        Having considered the parties' Stipulation of Dismissal, the above-entitled action
is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses.

        IT IS SO ORDERED.

DATED: March 22, 2013

                                    _____
                                    UNITED STATES DISTRICT JUDGE

1